UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEALTH FREEDOM DEFENSE FUND,** et al.**,**

Plaintiffs,

v.

**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 8:21-cv-02679-MSS-JSS

**STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action without prejudice, each party to bear their own costs and fees.

/s/John W. Howard
JOHN W. HOWARD
Admitted pro hac vice
JW Howard/Attorneys
701 B Street, Suite 1725
San Diego, CA 92101
Telephone No.: (619) 234-2842
johnh@jwhowardattorneys.com

Brant C. Hadaway, B.C.S
Florida Bar No. 494690
Diaz Reus & Targ
100 SE 2nd Street, Suite 3400
Miami, FL 33131
Telephone: (305) 389-0336
bhadaway@diazreus.com

*Attorneys for plaintiffs*

ROGER B. HANDBERG
United States Attorney

/s/Lacy R. Harwell, Jr.
LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar No: 714623
400 North Tampa St., Ste 3200
Tampa, Florida 33602
Telephone No: (813) 274-6000
Randy.Harwell@usdoj.gov

*Attorneys for the United States*